# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **UNOWEB VIRTUAL, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**EBAY, INC.,**<br><br>*Defendant.* | **Civil Action No. 2:16-cv-452**<br><br>LEAD CASE |
| **UNOWEB VIRTUAL, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**LINKEDIN CORPORATION,**<br><br>*Defendant.* | **Civil Action No. 2:16-cv-390** |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Parties' Joint Motion to Dismiss With Prejudice (Dkt. No. 115), the Court finds that this Motion should be and hereby is **GRANTED**. It is, therefore, **ORDERED** that all claims asserted in this action against LinkedIn Corporation by UnoWeb Virtual, LLC and all claims asserted by LinkedIn Corporation against UnoWeb Virtual, LLC are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED and signed this 13th day of October, 2016.

_____
Rodney Gilstrap
United States District Judge